No. 302. FELT & TARRANT MFG. Co. *v.* CORBETT ET AL. December 13, 1938. Andrew J. Gallagher, a member of the State Board of Equalization of California, substituted as a party appellee in the place and stead of John C.

Corbett, deceased, on motion of *Mr. A. Calder Mackay* in that behalf.